UNITED STATES of America, Appellee,

v.

Nathaniel BLACK, Appellant.

No. 11026.

United States Court of Appeals Fourth Circuit.

Argued June 19, 1967.

Decided July 18, 1967.

Calvin L. Brown, Charlotte, N. C., for appellant.

Wm. Medford, U. S. Atty., for appellee.

Before HAYNSWORTH, Chief Judge, and BOREMAN and BRYAN, Circuit Judges.

PER CURIAM:

We find the evidence quite sufficient to support the conviction and no impropriety in the court's questioning of witnesses.

Affirmed.